**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**



U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    NOV 2 1 2019
CLERK

## INDICTMENT FOR CONSPIRACY TO COMMIT ACCESS DEVICE FRAUD, ACCESS DEVICE FRAUD, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19- 147-SDD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 1029(a)(2) |
| ED LEE, | : | |
| KIARRA YATES, and | : | |
| CHRISTOPHER PAYNE | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Conspiracy to Commit Access Device Fraud
### 18 U.S.C. § 371

1. Beginning at a time unknown to the Grand Jury, but no later than on or about August 4, 2018, and continuing thereafter until on or about August 24, 2018, in the Middle District of Louisiana, the defendants,

**ED LEE,**
**KIARRA YATES, and**
**CHRISTOPHER PAYNE**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury, to knowingly, and with intent to defraud, traffic in and use one or more unauthorized access devices, namely, credit cards issued by Capital One Bank, to obtain things of value of at least $1,000, namely, prepaid cards, during any one-year period, said conduct affecting interstate and foreign commerce

in violation of Title 18, United States Code, Section 1029(a)(2), as set forth more specifically below.

**Purpose of the Conspiracy**

2. The purpose of the conspiracy was to use unlawfully obtained credit cards to deceive merchants, the account holders, and the issuer of the credit cards in order to cause a gain of money or property to the defendants.

**Manner and Means**

3. In order to accomplish the purpose of the conspiracy, the defendants, and others known and unknown to the Grand Jury, used the following manners and means:

   a. Members of the conspiracy would obtain credit cards without the knowledge or consent of the account holders or the card issuer;

   b. Each of the credit cards obtained by members of the conspiracy were issued by Capital One Bank and were sent by mail to addresses in the Baton Rouge metropolitan area;

   c. The applications submitted to Capital One Bank to open the aforementioned credit cards were fraudulent, as these applications were submitted without the knowledge or consent of the account holder;

   d. Once obtained, members of the conspiracy would distribute and share the fraudulent credit cards amongst themselves; and

   e. Members of the conspiracy would travel to stores in the Baton Rouge metropolitan area – often accompanied by another member of the conspiracy – and would use the fraudulent credit cards to purchase and load prepaid cards with funds, causing a gain of money to members of the conspiracy.

**Overt Acts**

4.  In furtherance of the conspiracy, the defendants committed the following overt acts, among others, in the Middle District of Louisiana:

    a.  On or about August 4, 2018, **CHRISTOPHER PAYNE**, accompanied by **ED LEE**, made an unauthorized purchase of approximately $2,019.76 using a credit card in the name of another person at a Walmart in Donaldsonville, Louisiana.

    b.  On or about August 6, 2018, **KIARRA YATES** made an unauthorized purchase of approximately $504.95 using a credit card in the name of another person at a Walgreens in Zachary, Louisiana.

    c.  On or about August 8, 2018, **ED LEE**, accompanied by **KIARRA YATES**, made an unauthorized purchase of approximately $1,009.88 using a credit card in the name of another person at a Walmart in Baton Rouge, Louisiana.

    d.  On or about August 11, 2018, **ED LEE** made an unauthorized purchase of approximately $2,019.76 using a credit card in the name of another person at a Walmart in Baton Rouge, Louisiana.

    e.  On or about August 15, 2018, **KIARRA YATES**, accompanied by **ED LEE**, made an unauthorized purchase of approximately $505.95 using a credit card in the name of another person at a Walgreens in Baton Rouge, Louisiana.

    f.  On or about August 15, 2018, **CHRISTOPHER PAYNE**, accompanied by **ED LEE**, made an unauthorized purchase of approximately $1,009.88 using a credit card in the name of another person at a Walmart in Baton Rouge, Louisiana.

g.  On or about August 24, 2018, **CHRISTOPHER PAYNE** made an unauthorized purchase of approximately $2,019.76 using a credit card in the name of another person at a Walmart in Baton Rouge, Louisiana.

The above is a violation of Title 18, United States Code, Section 371.

## COUNT TWO
### Access Device Fraud
### 18 U.S.C. § 1029(a)(2)

5.  On or about August 4, 2018 and continuing to on or about August 15, 2018, in the Middle District of Louisiana, **ED LEE**, the defendant, did knowingly, and with intent to defraud, traffic in and use unauthorized access devices, namely, credit cards issued by Capital One Bank, to obtain things of value of at least $1,000, namely, prepaid cards, said conduct affecting interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT THREE
### Access Device Fraud
### 18 U.S.C. § 1029(a)(2)

6.  On or about August 6, 2018 and continuing to on or about August 15, 2018, in the Middle District of Louisiana, **KIARRA YATES**, the defendant, did knowingly, and with intent to defraud, traffic in and use unauthorized access devices, namely, credit cards issued by Capital One Bank, to obtain things of value of at least $1,000, namely, prepaid cards, said conduct affecting interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 1029(a)(2).

**COUNT FOUR**
**Access Device Fraud**
**18 U.S.C. § 1029(a)(2)**

7. On or about August 4, 2018 and continuing to on or about August 24, 2018, in the Middle

    District of Louisiana, **CHRISTOPHER PAYNE**, the defendant, did knowingly, and with

    intent to defraud, traffic in and use unauthorized access devices, namely, credit cards issued

    by Capital One Bank, to obtain things of value of at least $1,000, namely, prepaid cards,

    said conduct affecting interstate and foreign commerce.

    The above is a violation of Title 18, United States Code, Section 1029(a)(2).

**NOTICE OF FORFEITURE**

8. Paragraphs 1 through 7 of this Indictment are incorporated herein by reference.

9. Upon conviction of any of the offenses charged above, the defendants, **ED LEE**,

    **KIARRA YATES**, and **CHRISTOPHER PAYNE**, shall forfeit to the United States

    pursuant to 18 U.S.C. § 982(a)(2)(A), all property constituting or derived from proceeds

    obtained directly or indirectly as a result of the scheme, including but not limited to a

    sum of money equal to the amount of the proceeds of the offense.

10. If any of the above-described forfeitable property, as a result of any act or omission of

     any defendant:

     a. cannot be located upon the exercise of due diligence;

     b. has been transferred or sold to, or deposited with, a third party;

     c. has been placed beyond the jurisdiction of the Court;

     d. has been substantially diminished in value; or

     e. has been commingled with other property which cannot be divided without difficulty;

     it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18

U.S.C. § 982(b), to seek forfeiture of any other property of the defendant up to the value

of the forfeitable property described above.

UNITED STATES OF AMERICA, BY

BRANDON J. FREMIN
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

KASHAN K. PATHAN
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL

**REDACTED
PER PRIVACY ACT**

GRAND JURY FOREPERSON

11-21-19

DATE

6

# Criminal Cover Sheet U.S. District Court

**Place of Offense:**

City         Baton Rouge, Louisiana

County/Parish    East Baton Rouge Parish

**Matter to be sealed:**  ☒No   ☐ Yes

**Related Case Information:**

Superseding Indictment _____   Docket Number _____
Same Defendant _____        New Defendant   ☒
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    ED LEE

**U.S. Attorney Information:**

AUSA:   Kashan K. Pathan        Bar #:    Illinois BN 6327422

**Interpreter:**  ☒ No  ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date _____
_____   Already in Federal Custody
_____   Already in State Custody
_____   On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    2

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:371 | Conspiracy to commit access device fraud | 1 | Felony |
| 18:1029(a)(2) | Access device fraud | 2 | Felony |

Date: 11/21/2019        **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet         U.S. District Court

**Place of Offense:**                    **Matter to be sealed:**  ☒No   ☐ Yes

City          <u>Baton Rouge, Louisiana</u>        **Related Case Information:**

County/Parish    <u>East Baton Rouge Parish</u>     Superseding Indictment _____   Docket Number _____
                                                Same Defendant _____        New Defendant ☒
                                                Magistrate Case Number _____
                                                Search Warrant Case No. _____
                                                R 20/ R 40 from District of _____
                                                **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    KIARRA YATES

**U.S. Attorney Information:**

AUSA:   Kashan K. Pathan        Bar #:   Illinois BN 6327422

**Interpreter:**  ☒ No   ☐ Yes      **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    __2__

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> | **Petty/ Misdemeanor/ Felony** |
|---|---|---|---|
| 18:371 | Conspiracy to commit access device fraud | 1 | Felony |
| 18:1029(a)(2) | Access device fraud | 3 | Felony |

**Date:** <u>11/21/2019</u>        **Signature of AUSA:** _____

**District Court Case Number (To be filled in by deputy clerk):** _____

# Criminal Cover Sheet        U.S. District Court

**Place of Offense:**                    **Matter to be sealed:** ☒No  ☐ Yes

City        Baton Rouge, Louisiana        **Related Case Information:**

County/Parish    East Baton Rouge Parish        Superseding Indictment _____    Docket Number _____
                                 Same Defendant _____    New Defendant ☒
                                 Magistrate Case Number _____
                                 Search Warrant Case No. _____
                                 R 20/ R 40 from District of _____
                                 **Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name:    CHRISTOPHER PAYNE

**U.S. Attorney Information:**

AUSA:    Kashan K. Pathan        Bar #:    Illinois BN 6327422

**Interpreter:** ☒ No  ☐ Yes        **List language and/or dialect:** _____

**Location Status:**

Arrest Date    _____
_____    Already in Federal Custody
_____    Already in State Custody
_____    On Pretrial Release

**U.S.C. Citations:**

Total # of Counts:    2

| Index Key/Code | Description of Offense Charged | Count(s) | Petty/ Misdemeanor/ Felony |
|---|---|---|---|
| 18:371 | Conspiracy to commit access device fraud | 1 | Felony |
| 18:1029(a)(2) | Access device fraud | 4 | Felony |

Date: 11/21/2019        **Signature of AUSA:** _Kashan Pathan_

**District Court Case Number (To be filled in by deputy clerk):** _____